UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-10004-JLS-SK                                                              Date: August 20, 2025
Title:  Wells Fargo Bank, N.A. v. Kiwijet, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL OF CROSS-COMPLAINT FOR LACK OF PROSECUTION**

On July 18, 2025, the Court granted an *ex parte* application to withdraw as counsel filed by counsel of record for Interpleader Defendants and Cross-Claimants Kiwijet, Inc., Nicolas Steele, and Lilia Steele.  (Order, Doc. 57.)  The Order provided the Steeles until August 18, 2025 to either obtain new representation or file a status report with the Court informing of their intention to proceed *pro se*.  (*Id.* at 4–5.)  By that same date, Kiwijet was to obtain and provide the Court with notice of new counsel.  (*Id.* at 5.)  The Order provided that failure to adhere to this deadline would result in the Steeles being deemed *pro se* and permit "Interpleader Plaintiff [to] request the Clerk to enter default against Kiwijet[,]" which cannot appear in this action without counsel.  (*Id.* at 4–5.)  To date, neither a status report nor a notice of appearance of counsel has been filed by Kiwijet or the Steeles.  Accordingly, the Court, on its own motion, hereby ORDERS Kiwijet and the Steeles to show cause in writing, no later than **August 25, 2025**, why their Second Amended Cross-Complaint (Doc. 46) should not be dismissed for lack of prosecution.

The Court will consider the timely filing of one of the following to be an adequate response to this OSC: (1) a notice of voluntary dismissal of the Second Amended Cross-Complaint; or (2) a notice of appearance of counsel for Kiwijet *and* a notice of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-10004-JLS-SK                                           Date: August 20, 2025
Title:  Wells Fargo Bank, N.A. v. Kiwijet, Inc. et al

appearance of counsel for the Steeles or status report informing of the Steeles' intention to proceed *pro se*.

    No oral argument on this matter will be heard unless ordered by the Court.  Upon the filing of a response on or before August 25, 2025, this matter will be deemed under submission.

Initials of Deputy Clerk: kd